**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____    Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | Your full name<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Duane<br>First name<br><br>Daniel<br>Middle name<br><br>Martin<br>Last name and Suffix (Sr., Jr., II, III) | Tisha<br>First name<br><br>Michelle<br>Middle name<br><br>Martin<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | All other names you have used in the last 8 years<br><br>Include your married or maiden names. |  | Tisha Campbell-Martin |
| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx-xx-7405 | xxx-xx-1556 |

Debtor 1   Duane Daniel Martin
Debtor 2   Tisha Michelle Martin _____    Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** Include trade names and *doing business as* names | ■ I have not used any business name or EINs. <br><br> Business name(s) _____ <br><br> EINs _____ | ■ I have not used any business name or EINs. <br><br> Business name(s) _____ <br><br> EINs _____ |
| **5. Where you live** | 22401 Summitridge Cir <br> Chatsworth, CA 91311 <br> Number, Street, City, State & ZIP Code <br><br> Los Angeles <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> 9909 Topanga Cyn Blvd <br> Ste 234 <br> Chatsworth, CA 91311 <br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number, Street, City, State & ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1   Duane Daniel Martin
Debtor 2   Tisha Michelle Martin                                                Case number *(if known)* _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District ___ | When ___ | Case number ___ |
| District ___ | When ___ | Case number ___ |
| District ___ | When ___ | Case number ___ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor ___ | | Relationship to you ___ |
| District ___ | When ___ | Case number, if known ___ |
| Debtor ___ | | Relationship to you ___ |
| District ___ | When ___ | Case number, if known ___ |

**11. Do you rent your residence?**

- ☐ No.  Go to line 12.
- ■ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ■ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101                    Voluntary Petition for Individuals Filing for Bankruptcy                    page 3

Debtor 1    Duane Daniel Martin
Debtor 2    Tisha Michelle Martin                                    Case number *(if known)* _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

*A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.*

Name of business, if any
_____

*If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.*

Number, Street, City, State & ZIP Code
_____

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

*For a definition of small business debtor, see 11 U.S.C. § 101(51D).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property?    _____

Number, Street, City, State & Zip Code

Debtor 1  **Duane Daniel Martin**
Debtor 2  **Tisha Michelle Martin**                                             Case number *(if known)*

### Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

- ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.
  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ I am not required to receive a briefing about credit counseling because of:

  - ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
  - ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
  - ☐ **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

- ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.
  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ I am not required to receive a briefing about credit counseling because of:

  - ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
  - ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
  - ☐ **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  Duane Daniel Martin
Debtor 2  Tisha Michelle Martin                                                      Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☒ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____         _____
Duane Daniel Martin                                              Tisha Michelle Martin
Signature of Debtor 1                                            Signature of Debtor 2

Executed on  January 7, 2016                             Executed on  January 7, 2016
                    MM / DD / YYYY                                                      MM / DD / YYYY

Debtor 1    Duane Daniel Martin
Debtor 2    Tisha Michelle Martin                                              Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ *[signature]*                                                        Date    **January 7, 2016**
Signature of Attorney for Debtor                                                 MM / DD / YYYY

**Marc Lieberman**
Printed name

**Fredman Lieberman Pearl LLP**
Firm name

**1875 Century Park East, Ste 2230**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone    **310-284-7350**            Email address    **alan.forsley@flpllp.com**

**157318 or Alan W. Forsley 180958**
Bar number & State

---

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 7

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc Lieberman<br>1875 Century Park East, Ste 2230<br>Los Angeles, CA 90067<br>310-284-7350 Fax: 310-432-5999<br>California State Bar Number: **157318** or Alan W. Forsley **180958**<br>alan.forsley@flpllp.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

    Duane Daniel Martin
    Tisha Michelle Martin

CASE NO.:
CHAPTER: 7

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __7__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: January 7, 2016

    *[signature]*
Signature of Debtor 1

Date: January 7, 2016

    *[signature]*
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: January 7, 2016

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                                                 F 1007-1.MAILING.LIST.VERIFICATION

Duane Daniel Martin
9909 Topanga Cyn Blvd
Ste 234
Chatsworth, CA 91311


Tisha Michelle Martin
9909 Topanga Cyn Blvd
Ste 234
Chatsworth, CA 91311


Marc Lieberman
Fredman Lieberman Pearl LLP
1875 Century Park East, Ste 2230
Los Angeles, CA 90067


Ally Financial
PO Box 380901
Bloomington, MN 55438


Amex
Correspondence
PO Box 981540
El Paso, TX 79998


Billboard Company
Mike Cossota
1121 S. Boyle Avenue
Suite 201
Los Angeles, CA 90023


Broadway Federal Bank
4800 Wilshire Blvd
Los Angeles, CA 90010


Cap1/Neimn
26525 N Riverwoods Blvd
Mettawa, IL 60045

Citi
CitiCorp Credit Services
Attn:Centralize
PO Box 790040
saint Louis, MO 63179


Citibank
PO Box 790040
Saint Louis, MO 63179


Citibank/Best Buy
Centralized Bankruptcy
CitiCorp Credit S
PO Box 790040
St Louis, MO 63179


City National Bank
PO Box 60938
Los Angeles, CA 90060


City National Bank
Gate Way Air
Wilmington, DE 19801


CMRE Financial Services
3075 E Imperial Hwy
Suite 200
Brea, CA 92821


Comerica Bank
Mail Code 6512
PO Box 650282
Dallas, TX 75265


Comerica Bank
2321 Rosecrans Blvd
El Segundo, CA 90245

```
Craig Welin
Frandzel Robins Bloom Csato LC
6500 Wilshire Blvd 17th Fl
Los Angeles, CA 90048-4920


Equifax Credit Information Inc
PO Box 740241
Atlanta, GA 30374


Evan Hart
c/o Wolk Levine Law Firm
535 N. Brand #950
Glendale, CA 91203


Experian
2220 Ritchey St
Santa Ana, CA 92705-5308


First Data
1307 Walt Whitman Rd.
Greenlawn, NY 11740


First Data
265 Broad Hollow R.
Melville, NY 11747


First Data
1307 Walt Whitman Rd
Melville, NY 11747


Franchise Tax Board
c/o General Counsel Section
PO Box 1720 MS A-260
Rancho Cordova, CA 95741-1720
```

```
HR Network Inc
7077 Orangewood Ave
Ste 112
Garden Grove, CA 92841


Los Angeles County Tax Collector
225 N Hill St
Rm 122
Los Angeles, CA 90012


Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054


Money Real Estate LLC
101 Montgomery Street
Ste 2150
San Francisco, CA 94104


Mowguls LLC
2398 San Diego Ave
San Diego, CA 92110


National Commercial Services
6644 Valjean Ave.
Ste. 100
Van Nuys, CA 91406


National Education Services
200 W Monroe St Ste 700
Chicago, IL 60606


Navient
Attn: Claims Dept
PO Box 9500
Wilkes-Barr, PA 18773
```

```
New York State Dept
of Taxation & Finance
Comissioner of Taxation & Finance
PO Box 4127
Binghamton, NY 13902-4127


Partners Federal Credit Union
13705 International Drive South
Orlando, FL 32821


Pioneer Credit Recovery Inc
26 Edward St
Arcade, NY 14009


Pioneer Credit Recovery Inc
35A Rust Lane
Boerne, TX 78006-8202


Putnam Leasing
500 W Putnam Ave 4th Fl
Greenwich, CT 06830


Ricky Bates
130 Lott Avenue
Brooklyn, NY 11212


Roxie LLC
4311 Wilshire Blvd Ste 315
Los Angeles, CA 90010


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773-9500
```

Santander Consumer USA
Attn: Bankruptcy Dept
PO Box 560284
Dallas, TX 75356


Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161


Smaha Law Group
2398 San Diego Ave
San Diego, CA 92110


State Board of Equalization
Account Information Grp MIC 29
PO Box 942879
Sacramento, CA 94279-0029


Synchrony Bank Chevron
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076


Tara Bates
39 Sorgen Ct.
Middle River, MD 21220


Technet Ventures LLC
26540 Agoura Rd Ste 102
Calabasas, CA 91302


TransUnion Consumer Solutions
PO Box 2000
Crum Lynne, PA 19022-2000

United Valet
5839 Green Valley Circle
#202
Culver City, CA 90230


Verizon
500 Technology Dr
Suite 500
Weldon Spring, MO 63304


Verizon Wireless
500 Technology Dr.
Suite 500
Weldon Spring, MO 63304


Wells Fargo Bank
Attn: Deposits Bankruptcy
PO Box 3908
Portland, OR 97208


Wells Fargo Dealer Services
PO Box 3569
Rancho Cucamonga, CA 91729


Wells Fargo Dealer Srvc
Attn Corresp MAC T9017-026
PO Box 168048
Irving, TX 75016-8048


XE Visions
8860 Corbin Ave Ste 194
Northridge, CA 91324