| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Marc A. Lieberman (SBN 157318)<br>Alan F. Forsley (SBN 180958)<br>FREDMAN LIEBERMAN PEARL LLP<br>1875 Century Park East, Suite 2230<br>Los Angeles, CA 90067<br>Tel. (310) 284-7350<br>alan.forsley@flpllp.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>DUANE DANIEL MARTIN and<br>TISHA MICHELLE MARTIN,<br><br>Debtor(s) | CASE NO.: 1:16-bk-10045-VK<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☒ Master Mailing List
☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 01/21/2016

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                Page 1                                F 1007-1.1.AMENDED.SUMMARY

Ally Auto
PO Box 380901
Bloomington, MN 55438

American Express
Attn: Bankruptcy Department
P.O. Box 360001
Fort Lauderdale, FL 33336

City of Los Angeles
General Manager
Community Development Department
1200 W. 7th St., 6th Floor
Los Angeles, CA 90017

Director, Economic Development Div
Community Development Dept.
1200 W. 7th St., 6th Floor
Los Angeles, CA 90017

Joshua P. Friedman, Esq.
Joshua P. Fredman & Associates, Inc
9903 Santa Monica Blvd., #1108
Beverly Hills, CA 90212

Marshall J. August, Esq.
Frandzel Robins Bloom Csato LC
6500 Wilshire Blvd 17th Fl
Los Angeles, CA 90048-4920

Supervising Attorney Evonomic
Development Division
Office of the City Attorney
200 N. Main St., 9th Floor
Los Angeles, CA 90013

The Martin Groupe, Inc. pka
Groupe, 6842, LLC
9909 Topanga Canyon Blvd.,
#234
Chatsworth, CA 91311

XE Visions, Inc.
3867 Plaza Tower
First Floor
Baton Rouge, LA 70816

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/21/2016_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 01/21/2016_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/21/2016 | ADELAIDA FLORES | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015      Page 2      F 1007-1.1.AMENDED.SUMMARY

## ADDITIONAL SERVICE LIST

## VIA NEF

- Marshall J August    maugust@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Joshua P Friedman    jfriedman@jpfassociates.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@ecf.epiqsystems.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Gail B Greenberg    gbgreenberg@verizon.net
- Tricia L Legittino    tlegittino@frandzel.com, efiling@frandzel.com,bwilson@frandzel.com
- John L. Smaha    jsmaha@smaha.com, jteague@smaha.com;gbravo@smaha.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

Ally Auto
PO Box 380901
Bloomington, MN 55438

American Express
Attn: Bankruptcy Department
P.O. Box 360001
Fort Lauderdale, FL 33336

City of Los Angeles
General Manager
Community Development Department
1200 W. 7th St., 6th Floor
Los Angeles, CA 90017

Director, Economic Development Div
Community Development Dept.
1200 W. 7th St., 6th Floor
Los Angeles, CA 90017

Joshua P. Friedman, Esq.
Joshua P. Fredman & Associates, Inc
9903 Santa Monica Blvd., #1108
Beverly Hills, CA 90212

Marshall J. August, Esq.
Frandzel Robins Bloom Csato LC
6500 Wilshire Blvd 17th Fl
Los Angeles, CA 90048-4920

Supervising Attorney Evonomic
Development Division
Office of the City Attorney
200 N. Main St., 9th Floor
Los Angeles, CA 90013

The Martin Groupe, Inc. pka
Groupe, 6842, LLC
9909 Topanga Canyon Blvd.,
#234
Chatsworth, CA 91311

XE Visions, Inc.
3867 Plaza Tower
First Floor
Baton Rouge, LA 70816