DAVID K. GOTTLIEB
15233 VENTURA BLVD., 9th Floor
SHERMAN OAKS, CA  91403-2201
Telephone: (818) 539-7720
Telecopier: (818) 436-0729
Email: dkgtrustee@dkgallc.com

CHAPTER 7 TRUSTEE

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>DUANE DANIEL MARTIN<br>TISHA MICHELLE MARTIN<br>          Debtor. | Bk. No. 1:16-bk-10045-VK<br><br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br><br>[No Hearing Required] |

TO: KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT

    David K. Gottlieb, the duly appointed, and acting Chapter 7 Trustee in the above-entitled bankruptcy proceedings, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-entitled proceedings and appropriate notice should be given to creditors to file claims.

DATED: February 9, 2016

                                         /s/ David K. Gottlieb
                                         DAVID K. GOTTLIEB
                                         Chapter 7 Trustee