RON BENDER (SBN 143364); *rb@lnbyb.com*
MONICA Y. KIM (SBN 180139); *myk@lnbyb.com*
JEFFREY S. KWONG (SBN 288239); *jsk@lnbyb.com*
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244



FILED & ENTERED

MAR 29 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever    DEPUTY CLERK

Proposed Attorneys for David K. Gottlieb, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>DUANE DANIEL MARTIN AND TISHA MICHELLE MARTIN,<br><br>Debtors. | Case No. 1:16-10045-VK<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO SEAL EXHIBIT "3" TO TRUSTEE'S DECLARATION IN SUPPORT OF THE CHAPTER 7 TRUSTEE'S EMERGENCY MOTION FOR ORDER AUTHORIZING OPERATION OF DEBTOR'S BUSINESS AND TURNOVER OF BUSINESS ASSETS**<br><br>[No Hearing Required] |

The Court, having considered the *Stipulation To Seal Exhibit "3" To Trustee's Declaration In Support Of The Chapter 7 Trustee's Emergency Motion For Order Authorizing Operation Of Debtor's Business And Turnover Of Business Assets* [Doc. No. *38*] (the "Stipulation") entered into between David K. Gottlieb, the duly appointed, qualified, and acting Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Duane Daniel Martin and Tisha

Michelle Martin (the "Debtors") and Woodbridge Productions, Inc. ("Woodbridge"), and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved in its entirety.

2. The Clerk of the Court is hereby directed to seal Exhibit "3" ("Exhibit 3") to the Trustee's declaration in support of the "*Chapter 7 Trustee's Emergency Motion For Order Authorizing Operation Of Debtor's Business And Turnover Of Business Assets*" [Doc. No. 29] (the "Motion") from the public docket in this case and deleted in its entirety public access to Exhibit 3 from the Court's electronic docket.

3. The Trustee shall be deemed to have filed Exhibit 3 under seal and the Court may consider Exhibit 3 as evidence submitted by the Trustee in support of the Motion.

###

Date: March 29, 2016

Victoria S. Kaufman
United States Bankruptcy Judge

2