| | |
|---|---|
| RON BENDER (SBN 143364); *rb@lnbyb.com*<br>MONICA Y. KIM (SBN 180139); *myk@lnbyb.com*<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br><br>Proposed Attorneys for David K. Gottlieb, Chapter 7 Trustee | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>DUANE DANIEL MARTIN AND TISHA MICHELLE MARTIN,<br><br>    Debtors. | CASE NUMBER 1:16-10045-VK<br>CHAPTER _7_ |
| Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**Chapter 7 Trustee's Emergency Motion For Order Authorizing Operation Of Debtor's Business And Turnover Of Business Assets** |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING IN PART CHAPTER 7 TRUSTEE'S EMERGENCY MOTION FOR ORDER AUTHORIZING OPERATION OF DEBTOR'S BUSINESS AND TURNOVER OF BUSINESS ASSETS** was lodged on April 1, 2016 and is attached. This order relates to the motion which is docket number 29..

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012        Page 1        **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* Page 2 **F 9021-1.2.BK.NOTICE.LODGMENT**

RON BENDER (SBN 143364); *rb@lnbyb.com*
MONICA Y. KIM (SBN 180139); *myk@lnbyb.com*
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Proposed Attorneys for David K. Gottlieb, Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>DUANE DANIEL MARTIN AND TISHA MICHELLE MARTIN,<br><br>Debtors. | Case No. 1:16-10045-VK<br><br>Chapter 7<br><br>**ORDER GRANTING IN PART CHAPTER 7 TRUSTEE'S EMERGENCY MOTION FOR ORDER AUTHORIZING OPERATION OF DEBTOR'S BUSINESS AND TURNOVER OF BUSINESS ASSETS**<br><br>Date: March 30, 2016<br>Time: 1:30 p.m.<br>Ctrm: 301<br>    21041 Burbank Blvd.<br>    Woodland Hills, CA 91367 |

An emergency hearing was held on March 30, 2016 at 1:30 p.m. before the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, in her Courtroom 301 located at 21041 Burbank Blvd., Woodland Hills, CA, to consider the **"Emergency Motion ("Motion") for Order Authorizing Operation of Debtor's Business and Turnover of Business Assets; Memorandum of Points and Authorities; Declarations of David K. Gottlieb and Monica Y. Kim in Support Thereof"** filed by David K. Gottlieb, the duly appointed, qualified, and acting Chapter 7 Trustee ("Trustee"), for the bankruptcy estate of Duane Daniel Martin and Tisha Michelle Martin, ("Debtors"), seeking an order, pursuant to, among other provisions, 11 U.S.C. §

721 and Local Bankruptcy Rules 2070-1 and 2016-2, authorizing the Trustee to operate the Debtors' business, consisting of a production and loan-out company known as XE Visions, Inc. ("<u>Business</u>" or "<u>XE</u>"), and compelling the Debtors and all third parties to immediately turnover to the Trustee all property and assets of the Business, including, without limitation, all cash and revenue of the Business, as further described in the Motion. All appearances made in connection with the Motion are set forth on the record of the Court.

Upon consideration of the Motion and all papers filed by the Trustee in support of the Motion, the response and the opposition by the Debtors and Won Hundred, Inc., the files of this case, the argument of counsel at the emergency hearing on the Motion, notice of the emergency hearing having been proper and adequate under the circumstances and in compliance with the order of the Court, and based on all of the reasons set forth in the Court's tentative ruling filed on March 31, 2016 as docket number 47, **THE COURT HEREBY ORDERS AS FOLLOWS:**

(1) Pursuant to Section 721 of the Bankruptcy Code, the Trustee is hereby authorized to operate the Business, including, without limitation, the payment of those operating expenses of the Business which the Trustee deems reasonable and necessary to preserve the Business, but only to the extent the Trustee, as the sole shareholder of the Business, may operate the Business under Louisiana law.

"<u>IT IS SO ORDERED</u>."

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067


A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_April 1, 2016_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **_April 1, 2016_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_April 1, 2016_**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Attorney Service
The Honorable Victoria Kaufman
U.S. Bankruptcy Court
21041 Burbank Blvd., #312
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 1, 2016 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    Page 3                    **F 9021-1.2.BK.NOTICE.LODGMENT**

**1:16-bk-10045-VK Notice will be electronically mailed to:**

Marshall J August on behalf of Interested Party INTERESTED PARTY
maugust@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com

Alan W Forsley on behalf of Debtor Duane Daniel Martin
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

Alan W Forsley on behalf of Joint Debtor Tisha Michelle Martin
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

Joshua P Friedman on behalf of Attorney Joshua P Friedman
jfriedman@jpfassociates.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com, dgottlieb@ecf.epiqsystems.com,rjohnson@dkgallc.com,akuras@dkgallc.com

Gail B Greenberg on behalf of Creditor City National Bank
gbgreenberg@verizon.net

Monica Y Kim on behalf of Trustee David Keith Gottlieb (TR)
myk@lnbrb.com, myk@ecf.inforuptcy.com

Jeffrey S Kwong on behalf of Trustee David Keith Gottlieb (TR)
jsk@lnbyb.com, jsk@ecf.inforuptcy.com

Tricia L Legittino on behalf of Interested Party INTERESTED PARTY
tlegittino@frandzel.com, efiling@frandzel.com,bwilson@frandzel.com

John L. Smaha on behalf of Creditor Smaha Law Group
jsmaha@smaha.com, jteague@smaha.com;gbravo@smaha.com

John L. Smaha on behalf of Interested Party Won Hundred, Inc.
jsmaha@smaha.com, jteague@smaha.com;gbravo@smaha.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 4     **F 9021-1.2.BK.NOTICE.LODGMENT**